IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-02450-CBS-MJW

RENE ARTURO TAVERA,

    Plaintiff(s)Counter Defendant(s),

v.

JOHN H. POTTER,

    Defendant(s)Counter Claimant(s).

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 28th day of August, 2006.

BY THE COURT:

_____
Craig B. Shaffer, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF(S)    ATTORNEY FOR DEFENDANT(S)