IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 04-cv-02450-CBS-MJW

RENE ARTURO TAVERA,
    Plaintiff,
v.

JOHN E. POTTER, in his official capacity as Postmaster General, United States Postal Service,
    Defendant.

## ORDER TO DISMISS IN PART AND TO ENTER JUDGMENT IN PART

This civil action comes before the court on the parties' "Stipulation to Dismiss with Prejudice" (filed November 8, 2006) (doc. # 87).  The court having reviewed the Stipulation and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Pursuant to the parties' Stipulation, Plaintiff's First Claim for Relief is hereby dismissed with prejudice as to the selection of Mr. Krynovich.

    2.    In accordance with the jury verdict entered on August 28, 2006 (doc. # 73), the Clerk of the Court shall enter judgment in favor of the Defendant and against the Plaintiff on Plaintiff's First Claim for Relief as to the selection of Ms. Cottrell, Mr. Dunlap, and the removal of Plaintiff as a 204-B temporary supervisor in June 1999.

    3.    No other claims remain in this action.

    4.    Each party shall bear his, her, or its own attorney fees and costs.

    5.    The final pretrial conference set November 20, 2006 is hereby vacated.

    6.    The jury trial set to commence on December 4, 2006 is hereby vacated.

Dated at Denver, Colorado this 8th day of November, 2006.

By the Court:

*s/Craig B. Shaffer*
United States Magistrate Judge